# Third District Court of Appeal

## State of Florida

Opinion filed December 16, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-474
Lower Tribunal No. 18-1100
_____

**Brenda Abrams,**
Appellant,

vs.

**In re: Guardianship of Esther Klepach,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Celeste Hardee Muir, Judge.

Arthur J. Morburger, for appellant.

Waserstein & Nuñez, PLLC, Carlos A. Nuñez-Vivas and Denise L. Ben-David, for appellee.

Before FERNANDEZ, LOGUE, and GORDO, JJ.

PER CURIAM.

Affirmed.